# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:                                                    CASE NO. 24-11056-smr
                                                                                     CHAPTER 13

**Todd Carlton Harris**
*dba Todd C. Harris, DDS, PC*
      **Debtor.**

_____/

## OBJECTION TO CONFIRMATION OF
## DEBTOR'S CHAPTER 13 PLAN
[Ref. Doc. #3]

**TO THE HONORABLE JUDGE OF SAID COURT:**

Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee, objects to confirmation of Debtor's Chapter 13 Plan, and states as follows:

1. On August 30, 2024, Todd Carlton Harris ("Debtor") filed a voluntary petition commencing this proceeding under Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in the real property located 2627 Exposition Boulevard Austin, TX 78703.

3. The Debtor filed a Chapter 13 Plan on August 30, 2024 (the "Plan"). [Doc. #3]

4. The Plan includes direct payments toward the Note and Mortgage with Secured Creditor; however, Secured Creditor's estimated pre-petition arrearage claim is $1,270.53, whereas the Plan fails to propose treatment for any arrears.

5. The Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $1,270.53 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, **PREMISES CONSIDERED**, Secured Creditor respectfully requests that the Court sustain the objections stated herein, deny confirmation of Debtor's Plan, and grant Secured Creditor such other and further relief as the Court deems just and proper.

Dated: September 20, 2024

Respectfully submitted by:

/s/ George Dunn
George Dunn
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
5601 Executive Drive, Suite 400
Irving, TX 75038
Office: (470) 321-7112 x52183
gdunn@raslg.com
**Attorneys for Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused a true and correct copy to be served via CM/ECF or United States Mail to the following parties:

Susan G. Taylor

Law Office of Susan G Taylor
1777 N. E. Loop 410 #610
San Antonio, TX 78217

Deborah B. Langehennig
Deborah Langehennig Trustee
PO Box 91419
Austin, TX 78709

Todd Carlton Harris
1600 West 38th St, Suite 305
Austin, TX 78731

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
**Attorneys for Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee**
By: /s/ George Dunn