

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 23, 2025.**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | |
| TODD CARLTON HARRIS | CASE NO. 24-11056-SMR |
| DEBTOR(S) | CHAPTER 13 |

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITH CONDITIONS**

The Confirmation Hearing for the above-referenced case was scheduled for January 14, 2025. The debtor and objecting party agreed to a denial of confirmation with conditions.

**The Court finds that Confirmation of the Chapter 13 Plan filed on November 22, 2024 is DENIED.**

**The Court also finds that the debtor shall have fourteen (14) days from the date of this hearing to file an Amended Plan, highlighted to show the changes, and that is funded and addresses the creditor objection, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.**

**The Court also finds that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.**

It is therefore **ORDERED, ADJUDGED and DECREED** that Confirmation of the Chapter 13 Plan filed on November 22, 2024 is **DENIED** subject to the findings above.

It is further **ORDERED, ADJUDGED, and DECREED** that the debtor shall have fourteen (14) days from the date of this hearing to file an Amended Plan, highlighted to show the changes, and that is funded and addresses the creditor objection, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.

It is further **ORDERED, ADJUDGED, and DECREED** that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.

###

ORDER PREPARED BY:

Deborah B. Langehennig
PO Box 91419
Austin, TX 78709
(512) 912-0305
www.ch13austin.com