**The relief described hereinbelow is SO ORDERED.**

**Signed May 15, 2025.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-11056-SMR |
| TODD CARLTON HARRIS | |
| DEBTOR(S) | CHAPTER 13 |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITH CONDITIONS

The Confirmation Hearing for the above-referenced case was scheduled for May 13, 2025.  The debtor and objecting party agreed to a denial of confirmation with conditions.

**The Court finds that Confirmation of the Chapter 13 Plan filed on May 2, 2025 is DENIED.**

**The Court also finds that the debtor shall have fourteen (14) days from the date of this hearing to file an Amended Plan and to get current on Chapter 13 Plan payments, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.**

**The Court also finds that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the**

**proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.**

It is therefore **ORDERED, ADJUDGED and DECREED** that Confirmation of the Chapter 13 Plan filed on May 2, 2025 is **DENIED** subject to the findings above.

It is further **ORDERED, ADJUDGED, and DECREED** that the debtor shall have fourteen (14) days from the date of this hearing to file an Amended Plan and to get current on Chapter 13 Plan payments, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.

It is further **ORDERED, ADJUDGED, and DECREED** that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.

###

ORDER PREPARED BY:

Deborah B. Langehennig
PO Box 91419
Austin, TX  78709
(512) 912-0305
www.ch13austin.com