**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-11056-smr** |
| | **CHAPTER 13** |
| **Todd Carlton Harris** | |
| *dba Todd C. Harris, DDS, PC* | |
| **Debtor.** | |
| _____/ | |

**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S FIFTH AMENDED CHAPTER 13 PLAN**
[Ref. Doc. #45]

**TO THE HONORABLE JUDGE OF SAID COURT:**

Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee, objects to confirmation of Debtor's Fifth Amended Chapter 13 Plan, and states as follows:

1. On August 30, 2024, Todd Carlton Harris ("Debtor") filed a voluntary petition commencing this proceeding under Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in the real property located 2627 Exposition Boulevard Austin, TX 78703.

3. The Debtor filed a Fifth Amended Chapter 13 Plan on May 27, 2025 (the "Plan"). [Doc. #45]

4. The Plan includes direct payments toward the Note and Mortgage with Secured Creditor; however, Secured Creditor's proof of claim (1-1) evidences pre-petition arrearage due is $1,702.27, whereas the Plan fails to propose treatment for any arrears.

5. The Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $1,702.27 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, **PREMISES CONSIDERED**, Secured Creditor respectfully requests that the Court sustain the objections stated herein, deny confirmation of Debtor's Amended Plan, and grant Secured Creditor such other and further relief as the Court deems just and proper.

Dated: June 19, 2025

                        Respectfully submitted by:

                        /s/ Anthony Santini
                        Anthony Santini
                        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                        5601 Executive Drive, Suite 400
                        Irving, TX 75038
                        Office: (470) 321-7112
                        antsantini@raslg.com
                        **Attorneys for Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused a true and correct copy to be served via CM/ECF or United States Mail to the following parties:

Luis Manuel Paredes, Jr
Manuel Paredes Law Firm, PLLC
1213 W Slaughter Ln
Ste 155
Austin, TX 78748

Deborah B. Langehennig
Deborah Langehennig Trustee
PO Box 91419
Austin, TX 78709

Todd Carlton Harris
1600 West 38th St, Suite 305
Austin, TX 78731

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
**Attorneys for Towd Point Mortgage Trust 2021-SJ2, U.S. Bank National Association, as Indenture Trustee**
By: /s/ Anthony Santini