# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-11056-SMR |
| TODD CARLTON HARRIS § | | |
| § | | |
| § | | |
| DEBTOR § | | CHAPTER 13 |
| § | | |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE.

    Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and files this recommendation concerning claims.

    The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various claims, including the amount, allowance, treatment, and classification of each claim. The dividend paid to allowed general unsecured claims is currently 100%. Pursuant to the confirmed plan, the Trustee shall receive her administrative claim of no less than 10% of plan receipts.

    If the plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the plan, the proof of claim and any notices filed by the creditor.

    If a claim is listed erroneously in amount or classification, the Trustee requests that a response be filed within fourteen (14) days from the date of this Notice.

Respectfully submitted,

/s/ Deborah B. Langehennig
Deborah B. Langehennig
P.O. Box 91419
Austin, TX 78709

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: TODD CARLTON HARRIS | Schedule of Claims |
|---|---|
|  | Case Number: 24-11056-SMR |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 4 | ALDRIDGE PITE LLP<br>3333 CAMINO DEL RIO<br>STE 225<br>SAN DIEGO, CA 92108 |  | $0.00<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | NOTICE ONLY<br>INTEREST RATE: 0.00%<br>NewRez |
| 9 | ARMY & AIR FORCE EXCHANGE SERV<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | 5932 | $1,873.88<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 5 | CAPITAL FARM CREDIT ACA<br>3902 SOUTH TRADITIONS DR<br>ATTN: CURRY DAWSON<br>COLLEGE STATION, TX 77845 |  | $0.00<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | NOTICE ONLY<br>INTEREST RATE: 0.00% |
| 6 | CAPITAL FARM CREDIT ACA<br>PO BOX 2066<br>ATTN: PATRICK H AUTRY<br>BOERNE, TX 78006 |  | $0.00<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | NOTICE ONLY<br>INTEREST RATE: 0.00% |
| 8 | CAPITAL FARM CREDIT ACA<br>3902 SOUTH TRADITIONS DR<br>ATTN: CURRY DAWSON<br>COLLEGE STATION, TX 77845 |  | $0.00<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | NOTICE ONLY<br>INTEREST RATE: 0.00%<br>Direct Pay by Debtor |
| 12 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 7459 | $202,880.23<br>Treatment of Claim:<br>SECURED CLAIM - VALUED | SECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2018/2020-2022/0% interest |
| 13 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 7459 | $49,375.49<br>Treatment of Claim:<br>PRIORITY UNSECURED CLAIM | PRIORITY<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2023 |
| 14 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 7459 | $2,012.38<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Penalty |
| 2 | NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | 9965 | $58,152.34<br>Treatment of Claim:<br>ARREARAGE CLAIM | PRE-PETITION MORTGAGE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2627 Exposition Blvd |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 10 | NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | 9965/Sep 24 mtg pymt<br><br>Treatment of Claim:<br>ARREARAGE CLAIM | $3,750.58 | MORTGAGE GAP PAYMENT CLAIM FILED<br>INTEREST RATE: 0.00%<br>2627 Exposition Blvd/Sep 24 mtg pmt |
| 15 | NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | 9965<br><br>Treatment of Claim:<br>ARREARAGE CLAIM | $600.00 | POST-PETITION FEES, COST CLAIM FILED<br>INTEREST RATE: 0.00%<br>2627 Exposition Blvd/post-pet fees charges expenses |
| 3 | ROBERTSON ANSCHUTZ SCHNEID CRA<br>13010 MORRIS RD, STE 450<br>ALPHARETTA, GA  30004 | Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br><br>INTEREST RATE: 0.00%<br>Towd Point Mortgage |
| 11 | TEXAS TRUST CREDIT UNION<br>PO BOX 2260<br>MANSFIELD, TX  76063 | Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br><br>INTEREST RATE: 0.00%<br>Direct Pay by Debttor |
| 7 | TOWD POINT MORTGAGE TRUST 2021-<br>% SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY, UT  84165-0250 | Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br><br>INTEREST RATE: 0.00%<br>2627 Exposition Blvd/2nd Lien/Paid Directly by Debtor/Obj to Conf filed 9/20/24 |
| 16 | TOWD POINT MORTGAGE TRUST 2021-<br>% SELECT PORTFOLIO SERVICING INC<br>PO BOX 65450<br>ATTN: REMITTANCE PROCESSING<br>SALT LAKE CITY, UT  84165-0450 | 5850<br><br>Treatment of Claim:<br>CLAIM NOT PROVIDED FOR IN THE PLAN (WILL NOT RECEIVE PLAN DISBURSEMENTS) | $1,702.27 | PRE-PETITION MORTGAGE CLAIM FILED<br>INTEREST RATE: 0.00%<br>2627 Exposition Blvd-2nd lien/Removed from Am. Plan filed 5/2/25 |