**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:                                            Case No. 24-11056-SMR

     TODD CARLTON HARRIS

                            Chapter 13

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Deborah B. Langehennig, former Chapter 13 Standing Trustee for the period from the petition date through April 30, 2026 and Ray Hendren, successor Chapter 13 Standing Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $129,956.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                              **$129,956.98**

**Disbursements & Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11,080.62 |
| Other | $0.00 |
| Secured Creditors | $116,376.36 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |

**Total Disbursements & Expense of Administration:**                **$129,956.98**

**Balance Transferred to Successor Trustee**                        **$0.00**

Dated: 05/27/2026

/s/ Deborah B. Langehennig                  /s/ Ray Hendren
Former Chapter 13 Standing Trustee       Successor Chapter 13 Standing Trustee
PO BOX 27466                         PO BOX 27466
Austin, TX 78755-2466               Austin, TX 78755-2466

****IMPORTANT ANNOUNCEMENT****

Attention:  Interested Parties of Bankruptcy Cases Administered by Deborah B. Langehennig

Effective May 01, 2026, the United States Trustee has appointed Ray Hendren as my successor as Chapter 13 Standing Trustee for this bankruptcy case. This change will not affect the administration of the Chapter 13 Plan.

It has been a pleasure serving as your Trustee, and I wish you the very best.

Deborah B. Langehennig, Chapter 13 Standing Trustee (Retired)